UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Alberto Concepcion

    v.                                      Case No. 18-cv-900-LM

FCI Berlin, Warden

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 9, 2019, and dismiss Concepcion's § 2241 petition (Doc. Nos. 1, 9) based on his abuse of the writ and for lack of savings clause jurisdiction, without prejudice to Concepcion's ability to seek permission in the Third Circuit to file a successive § 2255 motion in the District of New Jersey, and I deny the motion for bail (Doc. No.6).

_____
Landya B. McCafferty
Chief Judge

Date: January 30, 2019

cc: Alberto Concepcion, pro se